**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6076**

———————

WADE LEE DAMRON,

                                        Plaintiff - Appellant,

        versus

ROBERT J. MCCABE, Sheriff; M. D. LATNEY,
Director of Norfolk Community Hospital,

                                        Defendants - Appellees,

        and

NORFOLK COMMUNITY HOSPITAL; GAVIN, Assistant
Administrative Director for the Norfolk City
Hospital/Norfolk City Jail; MEDIC TAYLOR,
Medic for Norfolk City Jail; DEPUTY BATES,
Deputy of Norfolk City Jail,

                                        Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-96-228-3)

———————

Submitted: July 24, 1997          Decided: August 6, 1997

———————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

---

Wade Lee Damron, Appellant Pro Se. Jeffrey Robert Dion, HUDGINS, CARTER & COLEMAN, Alexandria, Virginia; Carolyn Porter Oast, Deborah Sue Hudler, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny Appellant's motion to appoint counsel and we dismiss the appeal on the reasoning of the district court. Damron v. McCabe, No. CA-96-228-3 (E.D. Va. Dec. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED